**RECEIVED**
IN ALEXANDRIA, LA.

MAR - 7 2013

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ABDOULAYE DJIBRIL DIALLO,<br>            Petitioner<br>VERSUS | CIVIL ACTION<br>1:12-CV-02098 |
| ERIC HOLDER, et al.,<br>            Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Respondents' motion to dismiss (Doc. 13) is GRANTED and Diallo's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _7th_ day of _March_, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE